

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00121-CR

| | | |
|---|---|---|
| TIMOTHY DEAN MCALISTER, Appellant | § | On Appeal from County Criminal Court No. 2 |
| | § | of Tarrant County (1488130) |
| V. | § | January 10, 2019 |
| THE STATE OF TEXAS | § | Opinion by Justice Birdwell |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell